James S. CARRIERE, Appellant,

v.

John E. POTTER, Postmaster General of the United States; National Association of Letter Carriers, AFL–CIO, Appellees,

Randy J. Devitt, Appellant,

v.

John E. Potter, Postmaster General of the United States; National Association of Letter Carriers, AFL–CIO, Appellees.

No. 03–1196, 03–1198.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 5, 2003.

Decided Dec. 10, 2003.

James S. Carriere, pro se, Fargo, ND, for Plaintiff–Appellant.

Shon Hastings, U.S. Attorney's Office, Fargo, ND, Peter Herman, Cohen & Weiss, New York, NY, Daniel E. Phillips, Schneider & Schneider, Fargo, ND, for Defendants–Appellees.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

In these consolidated appeals, postal workers James S. Carriere and Randy J. Devitt appeal the district court's[1] adverse

1. The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota.

**140**

grant of summary judgment in their employment-related actions against the postmaster general and their union. Having carefully reviewed the record, *see Jensen v. Henderson,* 315 F.3d 854, 857 (8th Cir. 2002) (standard of review), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B.